IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-CR-79-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES CHARLES WILLIAMSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court today for a hearing on the government's petition for action on Defendant's conditions pretrial release. [DE-14]. In support of its motion without objection the government proffered United States Probation Officer John Cooper and Deputy United States Marshal Russ Fields. Defendant presented no testimony.

Having considered the showing and argument of both parties the court finds the credible information presented establishes Defendant has violated a condition of release and that he is a risk of non-appearance. 18 U.S.C. § 3148(b)(1)(B) & (2)(A). The basis of the court's decision includes the following: (1) the nature of the charges against Defendant; (2) Defendant's failure to maintain contact with United States Probation over a sustained period of time, in either the supervising or charging district as required, including for a period in which an arrest warrant had been issued, (3) the circumstances of Defendant's apprehension, including being disguised in a way to hide his identity, and (4) other findings and reasons stated in open court.

Accordingly, Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant shall be

afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, the 4th day of October 2016.

Robert B. Jones, Jr.,
United States Magistrate Judge

2