UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-00079-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JAMES CHARLES WILLIAMSON | |

This matter is before the Court on the defendant's Motion to Modify Recommended Prison Facility. Upon good cause shown, it is hereby ORDERED that the motion is GRANTED. Pursuant to Federal Rules of Criminal Procedure 35 and 36, the judgment will reflect a recommendation to FCI Bennettsville.

SO ORDERED.

This __3__ day of May 2017.

JAMES C. DEVER, III
Chief United States District Judge